EVERHART & ASSOC. v. DEPT. OF E.H.N.R.

No. 610P97

Case below: 127 N.C.App. 693

Petition by petitioners (Everhart & Associates, Inc. and Hettie Tolson Johnson) for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

GIBBS v. LACKAWANNA LEATHER CO.

No. 531P97

Case below: 127 N.C.App. 555

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

GLOVER v. FARMER

No. 535P97

Case below: 127 N.C.App. 488

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

GRAY v. WRANGLER

No. 3P98

Case below: 128 N.C.App. 185

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

HARLOW v. VOYAGER COMMUNICATIONS V

No. 612PA97

Case below: 127 N.C.App. 623

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 5 February 1998.